CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 10 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| CONNIE MCPEAK, et al., | ) | CASE NO. 3:05CV00029 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| E & C ENTERPRISES, INC., et al., | ) | |
| | ) | |
| | ) | By:  B. WAUGH CRIGLER |
| Defendants. | ) | U.S. MAGISTRATE JUDGE |

Presently before the court is the July 18, 2005 motion to dismiss filed by Crown Central Petroleum Corporation ("Crown Central") contained in its answer and grounds of defense, and the plaintiffs' motion to voluntarily dismiss Crown Central and for leave to file an amended complaint filed by plaintiffs on November 2, 2005. This case has been referred to the undersigned in accordance with 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B). Upon consideration whereof and with the verbal consent of counsel for the parties currently before the court[1], it is

RECOMMENDED

that plaintiffs' motion to voluntarily dismiss Crown Central and Crown Central's motion to dismiss be GRANTED without prejudice.[2]

---

[1] Defendants E & C Enterprises, Incorporated; Petroleum Marketing Investment Group, LLC; and Petroleum Marketing Group, LLC have not entered an appearance though service apparently has been effectuated upon them.

[2] By separate order plaintiffs' motion to file an amended complaint will be granted. Counsel for McPeak has represented to the undersigned that the Doe plaintiffs will not be named in the amended pleading, provided she is not prejudiced from seeking to add them should discovery provide a basis therefor.

The Clerk is directed to immediately transmit the record in this case to the Hon. Norman K. Moon, United States District Judge. Both sides are reminded that pursuant to Rule 72(b) they are entitled to note objections, if any they may have, to this Report and Recommendation within (10) days hereof. Any adjudication of fact or conclusion of law rendered herein by the undersigned not specifically objected to within the period prescribed by law may become conclusive upon the parties. Failure to file specific objections pursuant to 28 U.S.C. § 636(b)(l)(C) as to factual recitations or findings as well as to the conclusions reached by the undersigned may be construed by any reviewing court as a waiver of such objection.

The Clerk is directed to send a certified copy of this Report and Recommendation to all counsel of record.

ENTERED: _____
U. S. Magistrate Judge

11-10-05
Date